**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

PAUL EDWARD BRYANT,

    Plaintiffs,

vs.                                Case No.: 3:08cv369/MCR/EMT

COMMUNITY ENTERPRISE
INVESTMENTS, INC., et al.,

    Defendants.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated October 3, 2008 (Doc. 5).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiff's claim against Community Enterprise Investments, Inc. is **DISMISSED** for lack of jurisdiction under the Rooker-Feldman doctrine.

    3.    Plaintiff's claims against the remaining Defendants are **DISMISSED** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4.	This case is **DISMISSED** and the clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of November, 2008.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**